ARMED SERVICES BOARD OF CONTRACT APPEALS

| Appeal of -- | ) | |
|---|---|---|
| | ) | |
| Carntribe-Clement 3, A Joint Venture, LLC | ) | ASBCA No. 60246 |
| | ) | |
| Under Contract No. W912QR-12-C-0023 | ) | |

APPEARANCE FOR THE APPELLANT:          Thomas J. Vollbrecht Esq.
                                       Fabyanske Westra Hart & Thompson
                                       Minneapolis, MN

APPEARANCES FOR THE GOVERNMENT:        Thomas H. Gourlay, Jr., Esq.
                                       Engineer Chief Trial Attorney
                                       Carlton A. Arnold, Esq.
                                       Engineer Trial Attorney
                                       U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 March 2017

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60246, Appeal of Carntribe-Clement 3, A Joint Venture, LLC., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals